UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JEFFREY SCOTT ZIEGLER,<br><br>                 Petitioner,<br><br>   v.<br><br>SCOTT SPEER ,<br><br>                 Respondent. | CASE NO. 3:25-cv-05031-BHS-BAT<br><br>**ORDER GRANTING APPLICATION TO PROCEED *IN FORMA PAUPERIS*, DKT. 1.** |

Petitioner has filed a petition for writ of habeas corpus under 28 U.S.C. § 2241/2254, and an application to proceed *in forma pauperis* (IFP). The Court GRANTS Petitioner's IFP application. Dkt. 1. The Clerk shall file the petition for writ of habeas corpus without prepayment of fees and shall provide Petitioner a copy of this order.

DATED this 21st day of January, 2021.

                                                      BRIAN A. TSUCHIDA
                                                      United States Magistrate Judge